820

No. 108. KENYON, EXECUTRIX, v. AUTOMATIC INSTRUMENT Co. C. A. 6th Cir. Certiorari denied. *Eugene C. Knoblock* for petitioner. *Clarence J. Loftus* and *William E. Lucas* for respondent.

No. 109. CRANE, DOING BUSINESS AS ASSOCIATED FRUIT DISTRIBUTORS, v. JOSEPH DENUNZIO FRUIT Co. ET AL. C. A. 9th Cir. Certiorari denied. *Benjamin W. Shipman* for petitioner. *Eli H. Brown, III* for the Joseph Denunzio Fruit Co.; and *G. L. Aynesworth* and *L. Nelson Hayhurst* for Kazanjian, respondents.

No. 110. MATTOX ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Klein* for petitioners. *Solicitor General Perlman, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for the United States.

No. 111. JACKSONVILLE GAS CORP. v. FLORIDA RAILROAD AND PUBLIC UTILITIES COMMISSION. Supreme Court of Florida. Certiorari denied. *Elliott Adams* for petitioner. *Lewis W. Petteway* for respondent.

No. 114. WABASH CORPORATION ET AL. v. ROSS ELECTRIC CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Theodore S. Kenyon* and *Arthur G. Connolly* for petitioners. *Alexander C. Neave, Charles H. Walker* and *Harry R. Pugh, Jr.* for respondents.

No. 115. WEISS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sidney Morse* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.